Kevin DONALDSON, as Administrator of the Estate of Sarah C. Donaldson, Deceased and Kevin Donaldson, as Administrator of the Estate of Sarah C. Donaldson, on behalf of Michael Donaldson and Pamela Douglas, Natural Parents and Statutory Heirs of Decendent Sarah C. Donaldson

v.

DAVIDSON BROTHERS, INC., Michael R. Davidson, and George E. Donley

v.

LJF, Inc., and Wilbert Quade

Petition of: LJF, Inc.

No. 736 MAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jamar MATTHEWS, Petitioner

No. 462 EAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.